**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 236 WAL 2014
                                     :
              Respondent      :
                                       : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
          v.                   :
                                       :
                                       :
PETER ALEXANDER GRUJICH,    :
                                       :
             Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.